COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

THOMAS VARKONYI, § 

§     No. 08-08-00160-CR

Appellant, §

§     Appeal from the

v. §

§     120th Judicial District Court

THE STATE OF TEXAS, §

§     of El Paso County, Texas

Appellee. §

§     (TC# 20040D05081)

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a motion to permanently abate this appeal due to Appellant's death. The motion was filed by Appellant's counsel on July 20, 2009, and states that Appellant died on July 2, 2009. The motion includes duplicate of Appellant's death certificate indicating the same.

The death of an appellant during the pendency of an appeal deprives this Court of jurisdiction. *See Ryan v. State*, 891 S.W.2d 275 (Tex.Crim.App. 1994); *Barrera v. State*, No. PD-1642-07, 2008 WL 5050552 *1 (Tex.Crim.App. 2008)(not designate for publication). When an appellant dies after an appeal has been perfected, but before this Court issues the mandate, the appeal is to be permanently abated. *See* TEX.R.APP.P. 7.1(a)(2). Accordingly, we order the appeal be permanently abated.

September 23, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)